1  Michael R. Lozeau (State Bar No. 142893)
2  Marjan R. Abubo (State Bar No. 349361)
3  LOZEAU DRURY LLP
   1939 Harrison St., Suite 150
4  Oakland, CA 94612
5  Tel: (510) 836-4200
   E-mail: michael@lozeaudrury.com
6          marjan@lozeaudrury.com
7
8  Barak J. Kamelgard (State Bar No. 298822)
   Benjamin A. Harris (State Bar No. 313193)
9  LOS ANGELES WATERKEEPER
10 360 E 2nd St., Suite 250
   Los Angeles, CA 90012
11 Tel: (310) 394-6162
12 E-mail: barak@lawaterkeeper.org
           ben@lawaterkeeper.org
13
14 Attorneys for Plaintiff LOS ANGELES WATERKEEPER
15 (Additional counsel listed on following page)
16
17 **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
18

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DYWIDAG SYSTEMS INTERNATIONAL, USA, INC., a New York corporation,<br><br>Defendant. | Case No. 2:24-cv-01657-AS<br><br>**NOTICE OF SETTLEMENT AND JOINT REQUEST FOR ENTRY OF CONSENT DECREE** |

Notice of Settlement and Request         1         Case No. 2:24-cv-01657-AS
For Entry of Consent Decree

1 | Jason R. Fair
2 | ROBINS KAPLAN LLP
3 | 2121 Avenue of the Stars, Suite 2800
4 | Los Angeles, CA 90067
  | Tel: (310) 229-5893
  | E-mail: JFair@RobinsKaplan.com

Attorneys for Defendant DYWIDAG SYSTEMS INTERNATIONAL, USA, INC.

28 | Notice of Settlement and Request For Entry of Consent Decree    2    Case No. 2:24-cv-01657-AS

**PLEASE TAKE NOTICE** pursuant to Local Rule 40-2 that the parties have reached a settlement resolving all claims in this action.

On April 11, 2024, Plaintiff Los Angeles Waterkeeper and Defendant Dywidag Systems International, USA, Inc (collectively, "the Parties") entered into a [Proposed] Consent Decree, setting forth mutually agreeable settlement terms to resolve this matter in its entirety.

On April 12, 2024, Plaintiff sent a letter to the United States Department of Justice and the United States Environmental Protection Agency to trigger a mandatory review period for the agencies to review the [Proposed] Consent Decree entered into by the Parties. See 33 U.S.C. § 1365(c); 40 C.F.R. § 135.5.[1]

On May 10, 2024, the Department of Justice sent the Parties a letter indicating that the federal agencies had no objection to entry of the [Proposed] Consent Decree. The letter is attached hereto as Exhibit 1.

Accordingly, the Parties hereby respectfully request that the Court enter the [Proposed] Consent Decree, attached hereto as Exhibit 2, and lodged with the Court contemporaneously with this request.

---

[1] Title 33 of the United States Code, Section 1365(c)(2) provides that "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45-days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."

Respectfully submitted,

Lozeau Drury LLP

Dated: May 20, 2024　　　　By: [s] *Michael R. Lozeau*\*
　　　　　　　　　　　　　　　　Michael R. Lozeau
　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　Los Angeles Waterkeeper

Robins Kaplan LLP

Dated: May 20, 2024　　　　By: [s] *Jason R. Fair*
　　　　　　　　　　　　　　　　Jason R. Fair
　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　Dywidag Systems International,
　　　　　　　　　　　　　　　　USA, Inc.

\* Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all other signatories listed above concur in the filing's content and have authorized this filing.